# Exhibit D

 overstock.com®
legal

E. Glen Nickle
Associate General Counsel
Overstock.com, Inc.
6350 South 3000 East
Salt Lake City, UT 84121
Phone: (801) 947-3780
Fax: (801) 947-3144
gnickle@overstock.com

November 7, 2011

Attn: Website Operator
Zbiddy.com
2200 SW 10th St.
Deerfield Beach
Florida 33442

<<<Also Sent via email to
ae7d0555f62c429a9b5c0e633757f979.protect@whoisguard.com>>>

RE:   Use of Overstock Auction

To Whom it May Concern:

It is my understanding that your company Zbiddy.com is sending the attached email to potential customers using the disguised email address: O.verstocked___Auction.s <O.verstocked___Auction.s@excellencemuscle.net. This is clearly an intentional attempt to trade on the the "Overstock Auction" trademark. Please be advised that Overstock.com has operated an auction service called "Overstock.com Auctions" for several years. Consequently, use by your company of this trademark and email address has and will cause confusion in the marketplace with consumers believing that your emails come from or are associated with Overstock.com.

Because Overstock.com has operated its auction service for several years, it has developed common law trademark rights to Overstock.com Auctions. Furthermore, Overstock.com is the owner of the following U.S. trademark registrations:

1) OVERSTOCK.COM®                                      Registration No. 2,939,764
2) OVERSTOCK.COM®                                      Registration No. 2,503,246
3) OVERSTOCK.COM Your Online Outlet®,                  Registration No. 3,069,011
4) OVERSTOCK.COM PRICE®                                Registration No. 3,693,465
5) OVERSTOCK.COM PRICES®                               Registration No. 3,693,464
6) OVERSTOCK.COM IT'S ALL ABOUT THE PRICE®             Registration No. 3,693,463
7) OVERSTOCK.COM IT'S ALL ABOUT THE PRICES®            Registration No. 3,693,462

8) LIVE BETTER WITH OVERSTOCK.COM®         Registration No. 3,728,852
9) OVERSTOCK.COM CARS®                      Registration No. 3,676,884

Overstock.com has been using these famous marks in commerce in the United States and in many foreign countries as early as 1999. During this time, Overstock.com has invested tens of millions of dollars in its brand and is one of the most prominent and well known ecommerce brands on the Internet. Consequently, Overstock.com is entitled to the broadest scope of protection under the law.

Overstock.com hereby demands that you eliminate the likelihood of future confusion, tarnishment and unfair benefit from our brand by immediately changing the email addresses of your marketing emails (or your affiliates, if applicable) to another name that is not at all similar to Overstock Auction and by not using Overstock Auction in any of your marketing or sales campaigns. Since we have warned you about this same conduct in April, 2011, you conduct appears intentional and willful. As we stated before, if this type of trademark infringement continues, Overstock will be forced to file suit against you and seek all legal remedies available to it.

Govern Yourselves Accordingly,

E. Glen Nickle



E. Glen Nickle
Associate General Counsel
Overstock.com, Inc.
6350 South 3000 East
Salt Lake City, UT 84121
Phone: (801) 947-3780
Fax: (801) 947-3144
gnickle@overstock.com

April 15, 2011

Attn: Website Operator
Zbiddy.com
2200 SW 10th St.
Deerfield Beach
Florida 33442

<<<Also Sent via email to
ae7d0555f62c429a9b5c0e633757f979.protect@whoisguard.com>>>

RE:   Use of Overstock Auction

To Whom it May Concern:

It is my understanding that your company Zbiddy.com is sending the attached email to potential customers using an email address starting with "Overstock Auction." Please be advised that Overstock.com has operated an auction service called "Overstock.com Auctions" for several years. Consequently, use by your company of this trademark and email address has and will cause confusion in the marketplace with consumers believing that your emails come from or are associated with Overstock.com.

Because Overstock.com has operated its auction service for several years, it has developed common law trademark rights to Overstock.com Auctions. Furthermore, Overstock.com is the owner of the following U.S. trademark registrations:

1) OVERSTOCK.COM®                                       Registration No. 2,939,764
2) OVERSTOCK.COM®                                       Registration No. 2,503,246
3) OVERSTOCK.COM Your Online Outlet®,                   Registration No. 3,069,011
4) OVERSTOCK.COM PRICE®                                 Registration No. 3,693,465
5) OVERSTOCK.COM PRICES®                                Registration No. 3,693,464
6) OVERSTOCK.COM IT'S ALL ABOUT THE PRICE®              Registration No. 3,693,463
7) OVERSTOCK.COM IT'S ALL ABOUT THE PRICES®             Registration No. 3,693,462
8) LIVE BETTER WITH OVERSTOCK.COM®                      Registration No. 3,728,852
9) OVERSTOCK.COM CARS®                                  Registration No. 3,676,884

Overstock.com has been using these famous marks in commerce in the United States and in many foreign countries as early as 1999. During this time, Overstock.com has invested tens of millions of dollars in its brand and is one of the most prominent and well known ecommerce brands on the Internet. Consequently, Overstock.com is entitled to the broadest scope of protection under the law.

Overstock.com hereby demands that you eliminate the likelihood of future confusion, tarnishment and unfair benefit from our brand by immediately changing the email addresses of your marketing emails (or your affiliates, if applicable) to another name that is not at all similar to Overstock Auction and by not using Overstock Auction in any of your marketing or sales campaigns. In the absence thereof, Overstock.com intends to vigorously defend its rights with all legal means necessary. Please feel free to contact me if you have any questions concerning this issue.

Sincerely,

E. Glen Nickle