# Exhibit F

## Nicole Griffin Farrell

**From:** Glen Nickle <gnickle@overstock.com>
**Sent:** Friday, March 08, 2013 6:17 PM
**To:** Brent Levison (brentlevison@gmail.com)
**Subject:** FW: New Overstocked IPads Under $50! john@workstation.net

Mr. Levinson,

Attached below is another email recently sent out by your client or on its behalf, which is typical of the numerous emails your client has sent over the last few years. It has been over two years since your client has been in receipt of Overstock's allegations of infringement. Despite you descriptiveness objections, the simple fact is that your client through its conduct has expressed a strong preference for "overstock'd" in its emails and web advertising for quite some period of time. If descriptiveness were really the issue, I would expect that your client could simply use such words as "surplus," "excess," "overload," etc. Indeed, your client may have actually experimented with these terms in its marketing. However, there clearly appears to be strong marketing reason why your client persists on using the "overstock" theme.

I believe that reason is that your client is getting a strong web traffic boost drafting off the web traffic associated with the Overstock.com website, which is one of the largest US ecommerce websites. Your client's search engine optimization strategies and other web traffic boosting techniques may very well be aimed at Overstock.com. As you may well know, one argument being advanced in the court system is that this very type of strategy is consummate evidence of "likelihood of confusion," because consumers who want to go to Overstock.com are mistakenly going to your client's website. In the email below, a customer who clicks on it may very well think he's going to Overstock.com, not Zbiddy.com. It's classic confusion, just in a cyber setting. Consequently, Overstock.com hereby again demands that your client immediately cease using these marketing tactics, otherwise we will forced to resolve this in the courts.

E. Glen Nickle
Associate General Counsel, Legal
801-947-3780


overstock.com

**From:** Overstock Inventory Closeout [mailto:bal@rev.singeron.us]
**Sent:** Friday, March 08, 2013 8:25 AM
**To:** john@workstation.net
**Subject:** New Overstocked IPads Under $50! john@workstation.net

*************Overstock Inventory Closeout 2013 ************

-------------------------------------------------------------------------

**Overstock Clearance 2013: Now Get 90% Off Of New Products!**

Go Here and View the Current 2013 Overstock Inventory!!

**Brand New Apple IPod - 4**
Just Sold Now: **$38.51**

**Brand New Kindle Fire2**
Just Sold Now: **$18.42**

**Brand New Dyson Ball Vacuum-**
Just Sold Now: **$19.55**

**Brand New NIKON-D 90 Digital Camera**
Just Sold Now - **$20.41**

Go Here and View the Current 2013 Overstock Inventory!!

------------------------------------------------------------------------------------